**Opinion issued April 21, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-21-00467-CV

———————————

## IN RE BUB'S, INC. D/B/A BUB'S SPORTS BAR, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Bub's, Inc. d/b/a Bub's Sports Bar, filed a petition for writ of mandamus complaining of the trial court's June 7, 2021 order denying relator's motion to transfer venue.[1]

---

[1] The underlying case is *Carissa Garcia, Individually, and as Representative of the Estate of Truman Garcia, Deceased, Christopher Garcia, Individually, Kristen Garcia, Individually, Lori Garcia, Individually, and William Garcia, Individually v. Justin Daniel Reed, Bubs Inc., d/b/a Bub's Sports Bar, and M and G Group, LLC*, cause number 2021-05986, pending in the 127th District Court of Harris County, Texas, the Honorable Ravi K. Sandill presiding.

We deny the petition. *See* TEX. R. APP. P. 52.8. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Goodman, and Guerra.